NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON A. CORREA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Defendants. | Case No. 2:17-cv-03060-AB-FFM<br><br>[PROPOSED] **JUDGMENT RE: DEFENDANT PACIFIC MARITIME ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

///
///
///
///
///
///
///
///

[PROPOSED] JUDGMENT

# [PROPOSED] JUDGMENT

Defendant Pacific Maritime Association's ("PMA") Motion for Summary Judgment ("Motion") as to Plaintiff Aaron A. Correa's ("Plaintiff") causes of action as pled in the operative Complaint was joined by Defendant International Longshore and Warehouse Union (collectively with PMA, "Defendants") and came before the Court for hearing May 25, 2018. PMA's Motion sought dismissal pursuant to Federal Rule of Civil Procedure 56 of all of Plaintiff's claims under the Uniformed Services Employment and Reemployment Rights Act ("USERRA") and the California Military and Veterans Code § 394(a) because no genuine dispute of any material fact exists and Plaintiff's claims fail as a matter of law.

The Court, having considered the parties' moving, opposing, and reply papers, and the evidentiary record as a whole (including the reasons set forth in the Statement of Uncontroverted Facts), granted the Motion for the reasons set forth in its Order.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED THAT JUDGMENT IS HEREBY ENTERED** against Plaintiff and in favor of Defendants. Plaintiff's action against Defendants is dismissed in its entirety.

IT IS SO ORDERED.

Date: July 03, 2018 By: _____
Hon. André Birotte Jr.
U.S. District Court Judge